# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

LIVINGSTON PARISH LIBRARY SYSTEM

VERSUS

BRUNT CONSTRUCTION, INC. ET AL

NO.  2020 CW 0370

**JULY 06, 2020**

---

In Re:  Livingstson Parish Library System, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 163585.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The trial court's December 16, 2019 judgment denying the relator's, Livingston Parish Library System's ("the Library"), motion to stay pending arbitration is reversed. The Library and Brunt Construction, Inc. ("Brunt") agreed to arbitrate any claims arising out of Brunt's construction of the Denham Springs Walker Library Addition & Renovation ("the project"). The Library and Cockfield Jackson Architects, APAC ("CJA") agreed to arbitrate any claims arising out of CJA's architectural design and management of the project. The issue of whether a party to an arbitration agreement has waived arbitration is for the arbitrator to decide. **International River Center v. Johns-Manville Sales Corp.**, 2002-3060, p. 3 (La. 12/3/03), 861 So.2d 139, 142; **Arkel Constructors, Inc. v. Duplantier & Meric, Architects, L.L.C.**, 2006-1950 (La. App. 1st Cir. 7/25/07), 965 So.2d 455, 461. Additionally, by incorporating the American Arbitration Association's Construction Industry Arbitration Rules into the subject arbitration agreements, the parties agreed that "[t]he arbitrator shall have the power to rule on his or her own jurisdiction, including any objections with respect to the existence, scope, or validity of the arbitration agreement." See **Fla. Gas Transmission Company, LLC v. Texas Brine Company, LLC**, 2017-0304 (La. App. 1st Cir. 12/6/18), 267 So.3d 633, 637, reh'g denied (Jan. 25, 2019), writ denied, 2019-0333 (La. 6/26/19), 275 So.3d 876; **Jasper Contractors, Inc. v. E-Claim.com, LLC**, 2011-0978 (La. App. 1st Cir. 5/4/12), 94 So.3d 123, 134. Accordingly, the Library's motion to stay is granted as to the Library's claims against Brunt, The Gray Casualty & Surety Company, CJA, XL Specialty Insurance Company, Valley Forge Insurance Company, and Transportation Insurance Company pending arbitration of these claims.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT